UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MIKE LAMB, | No. 2:15-cv-1400 CKD P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendant. | |

On July 28, 2015, plaintiff was granted thirty days to file a complaint in this action and to submit either the filing fee or a motion to proceed in forma pauperis. (ECF No. 5.) Plaintiff was informed that failure to comply with this order would result in dismissal of this action. (Id.) The thirty-day period has passed, and plaintiff has not responded to the court's order. As plaintiff has consented to the jurisdiction of a Magistrate Judge for all purposes in this action (ECF No. 3), the undersigned will dismiss this action without prejudice.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Dated: September 9, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / lamb1400.ord